IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MALIK JONES,

        Plaintiff,                      No. CIV S-06-2732 FCD CMK P

   vs.

C. STIEFERMAN, et al.,

        Defendants.              <u>ORDER TO SHOW CAUSE</u>

_____/

        On January 30, 2007, the court dismissed plaintiff's complaint with leave to file an amended complaint within thirty days. Plaintiff was warned that failure to file an amended complaint would result in a recommendation that this action be dismissed. To date plaintiff has not filed an amended complaint, although he did file, on February 7, 2007 a "Notice of Facts." However, the notice of is not a complaint–it does not contain a short statements of plaintiff's claims.

///
///
///
///
///
///

1

IT IS ORDERED that:

1. Plaintiff shall, within twenty days from the date of this order, show cause in writing why he has failed to file an amended complaint.

2. Filing of an amended complaint within twenty days from the date of this order will satisfy this order's requirements.

3. Failure to comply with this order will result in a recommendation that this action be dismissed.

DATED: March 13, 2007.

                                        **CRAIG M. KELLISON**
                                        UNITED STATES MAGISTRATE JUDGE