IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MALIK JONES,

      Plaintiff,                       No. CIV S-06-2732 FCD CMK P

    vs.

C. STIEFERMAN, et al.,

      Defendants.                <u>SECOND ORDER TO SHOW CAUSE</u>

_____/

        By order filed March 14, 2007, this court ordered plaintiff to show cause why he had failed to file an amended complaint. On April 4, 2007, plaintiff filed a notice with the court stating that an order delivered to him on March 20, 2007 (which the court assumes was the order filed March 14, 2007) was taken from plaintiff before he could read it. Plaintiff also seeks appointment of an attorney because he has a broken arm.

        In light of plaintiff's notification, the court will direct the Clerk of the Court to reserve the March 14, 2007 order on plaintiff. The court will grant plaintiff fifteen days from the date this order is filed to show cause why he has not filed an amended complaint.

        The court will deny plaintiff's request for appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298

1

1  (1989).  In certain exceptional circumstances, the court may request the voluntary assistance of
2  counsel pursuant to 28 U.S.C. § 1915(e)(1).  Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir.
3  1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  In the present case, the
4  court does not find the required exceptional circumstances.
5           IT IS ORDERED that:
6           1. The Clerk of the Court is directed to reserve a copy of the court's March 14,
7  2007 order (doc. 9) on plaintiff.
8           2. Plaintiff shall, within fifteen days from the date this order is filed, show cause
9  in writing why he has failed to file an amended complaint.
10          3. Filing of an amended complaint within fifteen days from the date of this order
11 will satisfy this order's requirements.
12          4. Failure to comply with this order will result in a recommendation that this
13 action be dismissed for failure to file an amended complaint and for failure to comply with court
14 orders.

DATED:  April 10, 2007.

　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　CRAIG M. KELLISON
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

2