IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MALIK JONES,

    Plaintiff,                     No. CIV S-06-2732 FCD CMK P

   vs.

C. STIEFERMAN, et al.,

    Defendants.             <u>ORDER</u>

_____/

        By order filed April 10, 2007, the court ordered plaintiff to show cause why he had failed to file an amended complaint. In the order, the court denied plaintiff's April 4, 2007 request for counsel; however, the court inadvertently neglected to list the denial of counsel in the list of ordered items. To ensure clarity the court will again order that the April 4, 2007 request for counsel be denied.

        IT IS HEREBY ORDERED that plaintiff's April 4, 2007 request for the appointment of counsel is denied.

DATED: April 18, 2007.

                                             **CRAIG M. KELLISON**
                                             UNITED STATES MAGISTRATE JUDGE