IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MALIK JONES,

        Plaintiff,                  No. CIV S-06-2732 FCD CMK P

    vs.

C. STIEFERMAN, et al.,

        Defendants.         ORDER

_____/

        By request filed April 14, 2007, plaintiff has requested the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiff's request for the appointment of counsel will therefore be denied.

///

///

///

1

1    In his April 14, 2007 filing, plaintiff also requested an extension of time to file an
2 amended complaint.  In support of his request, plaintiff avers that he was assaulted and his right
3 hand, which he uses to write, was injured.  Accordingly, the court will grant the extension of
4 time requested and will discharge the order to show cause filed on April 10, 2007.
5    IT IS ORDERED that:
6    1. The order to show cause filed April 10, 2007 is discharged.
7    2. Plaintiff is granted a thirty day extension of time from the date this order is
8 filed to file an amended complaint.
9    3. Plaintiff's request for appointment of counsel is denied.

DATED:  May 7, 2007.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE