1
2
3
4
5
6
7

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIK JONES, | No. CIV S-06-2732-FCD-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| C. STIEFERMAN, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is a motion for reconsideration of the magistrate judge's September 14, 2007 order (Doc. 19).

Pursuant to Eastern District of California Local Rule 72-303(f), a magistrate judge's order shall be upheld unless "clearly erroneous or contrary to law."  Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.  Specifically, plaintiff made no showing that the particular counsel named in his motion was willing to accept an appointment to represent plaintiff in this matter. The September 14, 2007 order is, therefore, affirmed.

/ / /

1  However, because plaintiff has asked for the appointment of specific counsel and
2  has provided the court with her name and address, by providing a copy of this order to counsel,
3  the court will inquire whether counsel is willing to accept appointment to represent plaintiff in
4  this matter on a pro bono basis.  Should counsel express a willingness to accept appointment,
5  plaintiff may then renew his motion for appointment of counsel.

6  Accordingly, IT IS HEREBY ORDERED that:

7  1. The motion for reconsideration is denied;

8  2. The magistrate judge's September 14, 2007 order is affirmed; and

9  3. The Clerk of the Court is directed to serve a copy of this order on Jane E.
10 Kahn, Esq., Rosen, Bien & Galvan, LLP, P.O. Box 390, San Francisco, CA 94104.

11 DATE: December 3, 2007.

　　　　　　　　　　　　　　　　　　　　　　　　FRANK C. DAMRELL, JR.
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE