IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MALIK JONES,                                       No. CIV S-06-2732-FCD-CMK-P

        Plaintiff,

   vs.                                                ORDER

C. STIEFERMAN, et al.,

        Defendants.

_____/

        Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  On January 2, 2008, a document entitled "motion filed under imminent danger" (Doc. 27) was filed in this case.  This document was filed on plaintiff's behalf by another prisoner.

        Rule 11 of the Federal Rules of Civil Procedure requires all documents filed with the court to be signed by a party personally if the party is unrepresented by counsel.  <u>See also</u> E.D. Cal. Local Rule 7-131(b).  This document was not signed by plaintiff and will therefore be stricken from the docket.

        The "motion" suggests that plaintiff is in imminent danger from the correctional officers at High Desert State Prison.  The danger presented relates at most to verbal harassment

1

by officers who are not named defendants in this matter. Verbal harassment is generally not sufficient to state a claim for violation of plaintiff's Eighth Amendment rights. See <u>Oltarzewski v. Ruggiero</u>, 830 F.2d 136, 139 (9th Cir. 1987). The document also suggests, in very conclusory terms, that plaintiff has been assaulted and had to undergo surgery for a broken arm, is not taking showers, and is not accepting food. However, there is not enough information for the court to make any determination that plaintiff is in any imminent danger. Therefore, even if this "motion" would have been properly filed, it would be denied.

    Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to strike the "motion filed under imminent danger" (Doc. 27) from the docket as improperly filed.

DATED: June 13, 2008

                                                 **CRAIG M. KELLISON**
                                                 UNITED STATES MAGISTRATE JUDGE