IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIK JONES, | No. CIV S-06-2732-FCD-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| C. STIEFERMAN, et al., | |
| Defendants. | |
| _____/ | |

       Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion for an extension of time (Doc. 34), filed on July 14, 2008.

       On June 18, 2008, the court determine service was appropriate for defendants Shoemaker, Stieferman, Holmes, Casero, Stiles, Kelley, Hayward, Martel, Vance, Rosario, Chastain, Rudolph, Goldman, Sherven, Johnson, Sunders and Pliler. Plaintiff was provided with the documents to complete in order for the United States Marshal to serve these defendants. Plaintiff was given 30 days to complete and submit these documents. Plaintiff now seeks a 20-day extension of that deadline. Good cause appearing therefor, the request will be granted. Plaintiff is warned that failure to comply with the court's June 18, 2008 order within the time

1

1 | provided in this order may result in dismissal of this action for lack of prosecution and failure to
2 | comply with court orders and rules.  See Local Rule 11-110.
3 |       Accordingly, IT IS HEREBY ORDERED that:
4 |     1.    Plaintiff's motion for an extension of time is granted; and
5 |     2.    Plaintiff shall complete and submit the documents necessary to serve the
6 | defendants in this matter within 20 days of the date of service of this order.

DATED:  July 23, 2008

                                                               */s/ Craig M. Kellison*
                                          **CRAIG M. KELLISON**
                                          UNITED STATES MAGISTRATE JUDGE