IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MALIK JONES,                                   No. CIV S-06-2732-FCD-CMK-P

    Plaintiff,

  vs.                                                ORDER

C. STIEFERMAN, et al.,

    Defendants.

_____/

    Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. On July 22, 2008, plaintiff filed a request for production of documents (Doc. 37). In this request, plaintiff has asked the defendants to produce a variety of documents including his prison records, medical records and the prison's rules and policies.

    Plaintiff is informed that discovery has not yet been authorized in this matter as no defendant has been served. On June 18, 2008, plaintiff was provided with documents necessary to effect service on the authorized defendants. He was ordered to complete the documents and return them to the court. Until the documents have been completed and returned, the defendants cannot be served. Discovery will not commence until the defendants have been served and appear.

1 In addition, once discovery has commenced, and plaintiff is authorized to request
2 the production of documents, such requests are not to be filed with the court.  Discovery requests
3 are only to be filed with the court when required by Eastern District of California Local Rules 30-
4 250(a), 33-250(c), 34-250(c), and/or 36-250(c).  Improperly filed discovery requests will be
5 disregarded.
6 Accordingly, IT IS HEREBY ORDERED that plaintiff's request for production of
7 documents is disregarded.

DATED: July 25, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2