**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

MALIK JONES,                                              No. CIV S-06-2732-FCD-CMK-P

      Plaintiff,

  vs.                                                            <u>ORDER</u>

C. STIEFERMAN, et al.,

      Defendants.

_____/

        Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

        On June 18, 2008, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time. Timely objections to the findings and recommendations have been filed.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and

by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 18, 2008, are adopted in full;

2. Defendants Cambine, Churray, Kimbrell and Rianda are dismissed from this action for failure to state a claim;

3. This action proceeds against the remaining defendants; and

4. This matter is referred back to the magistrate judge for further proceedings.

DATED: August 5, 2008.

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE