1
2
3
4
5
6
7

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

MALIK JONES,                                        No. CIV S-06-2732-FCD-CMK-P

       Plaintiff,

  vs.                                                                ORDER

C. STIEFERMAN, et al.,

       Defendants.

                               /

          Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion for reconsideration of the magistrate judge's order denying him the appointment of counsel (Doc. 44). In his motion, plaintiff has requested the appointment of Jane. E. Khan, Esq.

          Pursuant to Eastern District of California Local Rule 72-303(f), a magistrate judge's order shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law. In addition, plaintiff has previously requested the appointment of Ms. Khan to represent him. On December 4, 2007, the court advised Ms. Khan that plaintiff sought her representation, and requested Ms. Khan notify the court if she was willing to

1

1  represent plaintiff.  No response has been received from Ms. Khan pursuant to the court's
2  request, which the court construes as a denial of plaintiff's request.  The August 19, 2008,
3  magistrate order is affirmed.
4        Accordingly, IT IS HEREBY ORDERED that:
5        1.     The motion for reconsideration is denied; and
6        2.     The magistrate judge's August 19, 2008, order is affirmed.
7  DATED: October 20, 2008.

                                  FRANK C. DAMRELL, JR.
                                  UNITED STATES DISTRICT JUDGE