IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIK JONES, | No. CIV S-06-2732-FCD-CMK-P |
|     Plaintiff, | |
|   vs. | ORDER |
| C. STIEFERMAN, et al., | |
|     Defendants. | |
|                                   / | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's request for an extension of time (Doc. 46) and plaintiff's objections to findings and recommendations (Doc. 48).

On October 6, 2008, the undersigned issued findings and recommendations recommending the dismissal of this case for lack of prosecution and plaintiff's failure to comply with court rules and orders. After the findings and recommendations were signed, plaintiff's request for an extension of time was docketed. Plaintiff requests additional time to comply with the court's order to provide copies of his complaint to serve on the defendants. Plaintiff indicates that he is having difficulty with prison officials in obtaining the necessary copies. Accordingly, the findings and recommendations will be vacated.

Plaintiff continues to complain about difficulties he is having in obtaining the copies of his complaint that he is required to submit to the court in order for the complaint to be served on the defendants. His latest request indicates a willingness for the court to make the copies for him and bill his prison trust account. The court is unable to comply with this request.

There is no authority for the court to undertake such a task. In order for the court to make the necessary copies of the complaint on plaintiff's behalf, he would be required to pre-pay the copy cost of $0.50 per page. Even though plaintiff is proceeding in forma pauperis in this matter, such status does not include the cost of copies. By separate order, the court will inquire of the prison why plaintiff has not been able to obtain such necessary copies. However, providing copies with which to effect service remains plaintiff's responsibility. If necessary, plaintiff may obtain copies through an outside copy service such as Attorney's Diversified Services (ADS). Their address is 1424 21st Street, Sacramento, CA 95814; and the phone number is 916-441-4396. Plaintiff's request for additional time to obtain copies of his complaint will be granted, and plaintiff will have an additional 60 days.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued October 6, 2008 (Doc. 47) are vacated;

2. Plaintiff's request for an extension of time (Doc. 46) is granted;

3. Plaintiff is granted an additional 60 days from the date of service of this order to provide the court with the necessary copies of his complaint to serve the defendants;

4. Plaintiff's request for the court to make copies of the complaint is denied; and

5. By separate order, the court will inquire of the prison why plaintiff is having difficulties in obtaining copies.

DATED: November 19, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2