IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIK JONES, | No. CIV S-06-2732-FCD-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| C. STIEFERMAN, et al., | |
| Defendants. | |
| _____/ | |

To:  The California Department of Corrections and Rehabilitation
     1515 S Street, Sacramento, California 95814:

Plaintiff is a state prisoner currently housed at High Desert State Prison.  He has brought this civil rights action pursuant to 42 U.S.C. § 1983, claiming his Eight and Fourteenth Amendment rights have been violated.  The court has authorized service on several of defendants named in plaintiff's amended complaint, and has directed plaintiff to provide copies of his complaint in which to serve these defendants.  Plaintiff indicates that he has attempted on several occasions to access the law library at High Desert State Prison in order to obtain the required copies, but his requests for copies have been denied.

/ / /

/ / /

/ / /

1

The director of the agency referenced above, or a designee, is directed to inform the court in writing, within 30 days of the date of this order, why plaintiff is being denied the ability to obtain copies of his amended complaint in this matter as ordered by the court.  Failure to respond to this order may result in the imposition of appropriate sanctions pursuant to Eastern District of California Local Rule 11-110.  The Clerk of the Court shall serve a copy of this order to the address shown above and to plaintiff.

　　　　　　　IT IS SO ORDERED.


DATED: November 19, 2008

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　**CRAIG M. KELLISON**
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE