IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MALIK JONES,                                             No. CIV S-06-2732-FCD-CMK-P

      Plaintiff,

  vs.                                                                    ORDER

C. STIEFERMAN, et al.,

      Defendants.

_____/

      Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.

      On November 10, 2008, plaintiff submitted his USM-285 forms and one copy of his amended complaint (Doc. 50). Plaintiff is still required to submit a completed summons and 18 copies of his amended complaint in order to the U.S. Marshal to serve the defendants. Plaintiff informed the court that he is having difficulties in making the necessary copies, so he submitted the one copy of his amended complaint he had. On December 8, 2008 plaintiff filed a request for the court to return that one copy of his amended complaint.

      The court has the copy of the amended complaint plaintiff submitted on November 10, 2008. Pursuant to plaintiff's request, this copy will be returned to him to allow

1

him the ability to make the necessary copies.  Accordingly, the Clerk of the Court is directed to return to plaintiff the copy of the amended complaint, as well as the exhibits, he submitted to the court on November 10, 2008.  Plaintiff is reminded that pursuant to the court's orders issued June 18, 2008 (Doc. 32) and November 20, 2008 (Doc. 52), he is still required to submit a completed summons and 18 copies of the first amended complaint by January 19, 2009.  The court is in receipt of the 17 USM-285 forms he submitted.

       IT IS SO ORDERED.

DATED:  December 17, 2008

                                              **CRAIG M. KELLISON**
                                              UNITED STATES MAGISTRATE JUDGE