IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MALIK JONES,                                         No. CIV S-06-2732-FCD-CMK-P

       Plaintiff,

  vs.                                              ORDER

C. STIEFERMAN, et al.,

       Defendants.

_____ /

      To:    The California Department of Corrections and Rehabilitation
              1515 S Street, Sacramento, California 95814:

      Plaintiff is a state prisoner currently housed at High Desert State Prison.  He has brought this civil rights action pursuant to 42 U.S.C. § 1983, claiming his Eighth and Fourteenth Amendment rights have been violated.  Plaintiff has informed the court he is having difficulties making copies of his complaint to serve on the defendants.  On November 20, 2008, the court requested a response from the agency referenced above as to why plaintiff is being denied the ability to obtain copies of his complaint.  To date, no response has been received.  The agency was informed that failure to respond to the court's order may result in the imposition of appropriate sanctions.

      Accordingly, the director of the agency referenced above, or a designee, will be required to show cause why no response has been received.  Failure to respond to this order will

1 | result in the imposition of sanctions as the court deems appropriate.  <u>See</u> Local Rule 11-110.

2 |      Accordingly, IT IS HEREBY ORDERED that the agency referenced above, or a
3 | designee, is ordered to show cause, in writing, within 20 days of the date of this order why this
4 | court should not impose sanctions for failure to respond to this court's previous order.

6 | DATED: December 24, 2008

                                          _____
                                          **CRAIG M. KELLISON**
                                          UNITED STATES MAGISTRATE JUDGE