IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MALIK JONES,　　　　　　　　　　　　　　No. CIV S-06-2732-FCD-CMK-P

　　　　Plaintiff,

　　vs.　　　　　　　　　　　　　　　　　ORDER

C. STIEFERMAN, et al.,

　　　　Defendants.

_____/

　　　　Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's request for the court to appoint attorney Ellen C. Dove to represent him in this matter.

　　　　The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. See Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). See Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court has previously found the required exceptional circumstances do not exist.

1

However, plaintiff has indicated that Attorney Dove may be willing to accept an appointment to represent plaintiff in this matter. Because plaintiff has asked for the appointment of specific counsel and has provided the court with her name and address, by providing a copy of this order to counsel, the court will inquire whether counsel is willing to accept appointment to represent plaintiff in this matter on a pro bono basis. Should counsel express a willingness to accept appointment, plaintiff may then renew his motion for appointment of counsel.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for appointment of counsel is denied, without prejudice to renew if Attorney Dove expresses a willingness to accept appointment; and

2. The Clerk of the Court is directed to serve a copy of this order on Ellen C. Dove, Esq., 5325 Elkhorn Blvd., Suite 160, Sacramento, California 95842.

DATED: April 23, 2009

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE