IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MALIK JONES,                                    No. CIV S-06-2732-FCD-CMK-P

    Plaintiff,

  vs.                                           ORDER

C. STIEFERMAN, et al.,

    Defendants.

_____/

        Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is attorney Ellen C. Dove's conditional acceptance of appointment of counsel. Ms. Dove has indicated she may be willing to accept appointment of counsel in this matter, but requires time to review the case prior to making that decision. She has requested 90 days in order to review the case and make her decision.

        Good cause appearing, this request will be granted. The court will stay this matter for 90 days to allow counsel time to review the case and decide whether or not to accept appointment. Following that 90 day period of time, the court will request counsel file a status report setting forth her decision of whether or not to accept appointment, or whether she needs more time in which to make that decision.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Counsel's request for additional time to render a decision whether or not to accept appointment in this matter is granted;

2. This case is administratively stayed for 90 days;

3. On or before August 24, 2009, counsel shall file a status report stating whether or not she will accept appointment in this matter, or whether she needs additional time in which to make that decision; and

4. The Clerk of the Court is directed to serve a copy of this order on Plaintiff and Ellen C. Dove, Esq.

DATED: May 18, 2009

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE