1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                    **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   MALIK JONES,                          No. CIV S-06-2732-FCD-CMK-P

12              Plaintiff,

13        vs.                              <u>ORDER</u>

14   C. STIEFERMAN, et al.,

15              Defendants.

16   _____/

17              Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant

18   to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19   Eastern District of California local rules.

20              On November 5, 2009, the magistrate judge filed findings and recommendations

21   herein which were served on the parties and which contained notice that the parties may file

22   objections within a specified time.  Timely objections to the findings and recommendations have

23   been filed.[1]

24   / / /

25   _____

26        [1]    Attorney Ellen Dove filed objections on behalf of Plaintiff, requesting the court's
     denial of the motion for protective order be without prejudice.

                                             1

1           In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-

2    304, this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the

3    entire file, the court finds the findings and recommendations to be supported by the record and

4    by proper analysis.

5           Accordingly, IT IS HEREBY ORDERED that:

6           1.    The findings and recommendations filed November 5, 2009, are adopted

7    in full;

8           2.    Plaintiff's motion for protective order (Doc 79) is denied without

9    prejudice; and

10          3.    This matter is referred back to the magistrate judge for further

11   proceedings.

12   DATED: January 14, 2010.

13   _____

14       FRANK C. DAMRELL, JR.
         UNITED STATES DISTRICT JUDGE

2