# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

MALIK JONES,                              No. CIV S-06-2732-FCD-CMK-P

    Plaintiff,

  vs.                                          <u>ORDER</u>

C. STIEFERMAN, et al.,

    Defendants.

_____/

       Plaintiff, a state prisoner proceeding with counsel, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

       On June 23, 2010, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time. No objections to the findings and recommendations have been filed.

       The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

       Accordingly, IT IS HEREBY ORDERED that:

       1.    The findings and recommendations filed June 23, 2010, are adopted in full;

1  2.  Plaintiff is not permitted to reinstate his claims against defendants Cambine, Churray, Kimbrell and Rianda who have previously been dismissed from this case;

3.  Defendants Stieferman, Rudolph, Homes, Ward, Chastain, and Pliler, are dismissed from this action, without leave to amend, for failure to state a claim;

4.  Harper and Burgett are dismissed from this action, but the claims against them are dismissed without prejudice; and

5.  This action proceed as against the remaining defendants as set forth in the Magistrate Judge's screening order.

DATED: July 27, 2010.

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE