IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MALIK JONES,                                               No. CIV S-06-2732-FCD-CMK-P

       Plaintiff,

  vs.                                                                  ORDER

C. STIEFERMAN, et al.,

       Defendants.

_____/

       Plaintiff, a state prisoner proceeding with counsel, brings this civil rights action pursuant to 42 U.S.C. § 1983. On June 17, 2010, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendants Casero, Hayward, Johnson, Kelley, Martel, Saunders, Stiles, and Vance were returned unexecuted because "Per High Desert Not Employed" and either "Per CDC Locator over 10 Name Matches," "Per CDC locator too many matching names," or "Per CDC Locator None in Database." Plaintiff must provide additional information to serve these defendants. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Cal. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention. Once additional information sufficient to effect

1 service is obtained, plaintiff shall complete the USM-285 form for each defendant and submit the
2 forms to the U.S. Marshal.  Plaintiff is cautioned that failure to effect service may result in the
3 dismissal of unserved defendants.  See Fed. R. Civ. P. 4(m).
4              Accordingly, IT IS HEREBY ORDERED that:
5         1.    Plaintiff shall promptly seek additional information sufficient to effect
6 service on any unserved defendants;
7         2.    Once the necessary information has been obtained, Plaintiff shall complete
8 the USM-285 form for each defendant and submit the forms for service to the U.S. Marshal; and
9         3.    The Clerk of the Court shall send plaintiff's counsel one additional USM-
10 285 form .

DATED:  October 20, 2010

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE