IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MALIK JONES,

        Plaintiff,                      No. CIV S-06-2732 KJM CMK P

    vs.

C. STIEFERMAN, et al.,

        Defendants.             ORDER

_____/

        Plaintiff, with counsel, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On February 28, 2011, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days.  Plaintiff has filed objections to the findings and recommendations and has submitted additional materials, including counsel's declaration, which were not before the magistrate judge.  Although this court has the discretion to ignore these additional materials, it has considered them in conducting its *de novo* review of the findings and recommendations in accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304.

1

1   Having carefully reviewed the file, the court finds the findings and
2   recommendations to be supported by the record and by proper analysis.
3   Accordingly, IT IS HEREBY ORDERED that:
4   1. The findings and recommendations filed February 28, 2011, are adopted
5   in full;
6   2. The motions to dismiss filed by defendants Goldman and Sherven (ECF
7   Nos. 104, 107) are granted;
8   3. Defendants Goldman and Sherven are dismissed from this action with
9   prejudice;
10  4. The remaining defendants are dismissed from this action, without
11  prejudice, for plaintiff's failure to serve them in a timely fashion;
12  5. The Clerk of the Court is directed to enter judgment; and
13  6. This case is CLOSED.
14  DATED: July 18, 2011.

_____
UNITED STATES DISTRICT JUDGE

/jones06cv2732